COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| EX PARTE E.C., | § | No. 08-24-00119-CV |
| Appellant. | § | Appeal from the |
| | § | 41st Judicial District Court |
| | § | of El Paso County, Texas |
| | § | (TC#2022DCV0973) |

## <u>MEMORANDUM OPINION</u>

This appeal is before the Court on its own motion to determine whether it should be dismissed for want of jurisdiction.

On May 6, 2024, Appellant filed her notice of appeal in the trial court attempting to appeal from an order partially denying a petition for expunction signed on April 2, 2024. Appellant's notice of appeal was late, Tex. R. App. P. 26.1, but it was filed within the 15-day grace period allowed by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997); Tex. R. App. P. 26.3 (allowing an appellate court to extend the time to file a notice of appeal if, within 15 days after the deadline for filing the notice of appeal, a party files the notice of appeal *and* files a motion for extension of time in the appellate court).

On May 8, 2024, this Court ordered Appellant to cure her late notice of appeal by filing, no later than May 18, 2024, a motion reasonably explaining the need for an extension. The order also gave notice of our intent to dismiss the appeal for want of jurisdiction if Appellant did not do so. No motion for extension of time to file the notice of appeal was timely filed with the Court. Therefore, we dismiss the appeal for want of jurisdiction. Tex. R. App. P. 42.3(a) (allowing an appellate court to dismiss an appeal for want of jurisdiction after giving ten days' notice to all parties).

GINA M. PALAFOX, Justice

May 30, 2024

Before Palafox, J., Soto, J., and Barajas, C.J. (Senior Judge)
Barajas, C.J. (Senior Judge) (sitting by assignment)